NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NETLIST, INC.,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellee*

---

2023-2182, 2023-2183

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00062 and IPR2022-00064.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint stipulation of voluntary dismissal pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1)  These appeals are dismissed.  Each side shall bear its own costs.

2         NETLIST, INC. v. SAMSUNG ELECTRONICS CO., LTD.

(2)  ECF No. 13 is denied as moot.

FOR THE COURT



October 19, 2023
Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE: October 19, 2023